IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br>U.S. DRY CLEANING SERVICES CORP., d/b/a TUCHMAN CLEANERS,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:12-cv-1376-JMS-TAB |

**PLAINTIFF EEOC'S MOTION IN LIMINE**

Plaintiff, the Equal Employment Opportunity Commission, in accordance with the Court's July 22, 2014 Final Pre-Trial Order, respectfully requests, as detailed in the EEOC's Brief in Support of its Motion in Limine, that this Court exclude evidence regarding disciplinary actions taken against Mr. Palmer during his post-promotion employment with Tuchman, Mr. Palmer's criminal conviction/arrest record, and Mr. Palmer's paternity case as these subjects have no relevance to the claims or defenses in this matter and Plaintiff would be unduly prejudiced if evidence regarding these matters is admitted at trial. The EEOC also asks that this Court preclude Defendant from using at trial any evidence which was requested during discovery, but Defendant failed to produce.

The Commission also requests that the Court determine that Defendant's witnesses and former/current employees James Dunn, Alex

Cvetkovich, Tonya Wentzel, and Jennifer Scott are adverse witnesses, and allow Plaintiff to ask these witnesses leading questions.

WHEREFORE, the EEOC respectfully requests that this Court grant its Motion in Limine and exclude at trial evidence regarding the aforementioned subject matters and that it declare as adverse witnesses.

Respectfully submitted,

LAURIE A. YOUNG, #11480-49
Regional Attorney

MICHELLE F. EISELE, #12070-49
Supervisory Trial Attorney

/s/ Aarika D. Mack-Brown
Aarika D. Mack-Brown, #25006-49
Trial Attorney
Equal Employment Opportunity Commission
101 W. Ohio St., Ste 1900
Indianapolis, IN 46204
(317) 226-7228
FAX: (317) 226-5571
Aarika.Mack-Brown@eeoc.gov

/s/Jo Ann Farnsworth
JO ANN FARNSWORTH, #8364-49
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis IN 46204-4203
Phone: (317) 226-7949
Fax: (317) 226-5571
Email: joann.farnsworth@eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Kathleen Ann DeLaney
kathleen@delaneylaw.net

Mark J. Plantan
mplantan@delaneylaw.net

*Aarika D. Mack-Brown*________________________
Aarika D. Mack-Brown, #25006-49
Trial Attorney
Equal Employment Opportunity Commission
101 W. Ohio St., Ste 1900
Indianapolis, IN 46204
(317) 226-7228
FAX: (317) 226-5571
Aarika.Mack-Brown@eeoc.gov